UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Kevin Sanchez | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CASE NO. 9:16-cv-80595-RLR |
| | § | |
| Nationwide Recovery Solutions, Inc. | § | |
|     Defendant. | § | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party, and that a judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated 5/31/2016

Respectfully submitted,
/s/Michael Jay Ringelheim
Florida bar No.: 93291
mringelheim@gmail.com
RC Law Group, PLLC
285 Passaic Street
Hackensack, NJ, 07601
Telephone: (201) 282-6500 ext 254
Facsimile: (201) 282-6501
Attorney for Plaintiff